UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IBRAHIM H.A. IBRAHIM,
    (A# 078-189-507),

          Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary
of Homeland Security, et al.,

          Defendants.
_____/

NO. CIV. S-07-2415 LKK/KJM

O R D E R

After having reviewed the defendants' request for an extension of time in which to file an answer and having conferred with the parties telephonically on January 17, 2008, the court GRANTS the defendants an extension of 30 days from the date of this order to file their answer. The court advises the defendants that no subsequent requests for extensions to file an answer will be granted.

The status conference currently set for January 22, 2008, is RESET to April 28, 2008 at 2:00 PM in chambers.

////

1

1       IT IS SO ORDERED.

2       DATED:   January 18, 2008.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT