McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM H.A. IBRAHIM,<br><br>        Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>        Defendants. | No. 07-CV-S-2415 LKK KJM<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO COMPLY WITH REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES PURSUANT TO 8 U.S.C. § 1447(b). |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek de novo review of this application. On July 21, 2008, this Court ordered the matter remanded to CIS for the purpose of adjudicating the application, pursuant to 8 U.S.C. § 1447(b). The time given for completing this adjudication was 60 days, or by September 19, 2008. The parties respectfully inform the Court that due to a delay in obtaining the fingerprints necessary to adjudicate the application, the government is unable to meet the current September 19, 2008, deadline, and as such the government requests an additional 45 days in which to complete the adjudication. Accordingly, the time for adjudicating the application be extended an additional 45 days. In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

Dated: September 18, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Mark R. Kowalewski
Mark R. Kowalewski
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for U.S. Citizenship and Immigration Services to complete adjudication on the application for naturalization is extended 45 days from the date of this Order.

IT IS SO ORDERED.

DATED: September 19, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT